

U.S. Department of Justice

United States Attorney
Eastern District of Missouri

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 20.333  314-539-2200
St. Louis, Missouri 63102    FAX / 314-539-2309

February 3, 2010

HAND DELIVERED

The Honorable Thomas C. Mummert
United States Magistrate Judge
111 South 10th Street, 13th Floor
St. Louis, MO 63102

                Re:    JUAN A. ALANIS
                       USAO# 9101944, COURT#  4:10 MC 63 TCM

Dear Judge Mummert:

        On December 12, 1991, a complaint was filed against the above defendant charging
violation of Title 18, United States Code, Section 1073.

        On July 9, 1998 the defendant was arrested.

        In view of the above information, it is requested that the criminal complaint filed
against Juan A. Alanis be dismissed.

                                        Very truly yours,

                                        RICHARD G. CALLAHAN
                                        United States Attorney

                                        Michael W. Reap

                                        MICHAEL W. REAP
                                        Assistant U.S. Attorney

cc: USMS                                COMPLAINT ORDERED DISMISSED
                                        this  4  day of February, 2010

                                        UNITED STATES MAGISTRATE JUDGE